United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                   Case No. 20-01838-MJC
Cynthia L Brady                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                       User: AutoDocke                       Page 1 of 2
Date Rcvd: Nov 04, 2022                Form ID: trc                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5341861 | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 04 2022 18:46:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2022                          Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Creditor Sean Brady claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com |
| Denise E. Carlon | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP4 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| John R.K. Solt | on behalf of Debtor 1 Cynthia L Brady jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| Joseph R. Baranko, Jr. | on behalf of Creditor Beech Mountain Lakes Association josephb@slusserlawfirm.com |

United States Trustee ustpregion03.ha.ecf@usdoj.gov

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:20-bk-01838-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Cynthia L Brady
348 Four Seasons Drive
Drums PA 18222-1236

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/03/2022.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 | Citigroup Mortgage Loan Trust 2022-RP4<br>Serviced by Select Portfolio Servicing,<br>PO Box 65250<br>Salt Lake City, UT 84165<br>Citigroup Mortgage Loan Trust 2022-RP4<br>Serviced by Select Portfolio Servicing, |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/06/22

Terrence S. Miller
**CLERK OF THE COURT**