United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-01838-MJC |
| Cynthia L Brady | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jan 17, 2024 | Form ID: fnldecnd | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Cynthia L Brady, 348 Four Seasons Drive, Drums, PA 18222-1236 |
| cr | + | Sean Brady, 1157 South Krocks Road, Allentown, PA 18106-9564 |
| 5342177 | + | Beech Mountain Lakes Association, 1 Burke Drive, Drums, PA 18222-1200 |
| 5336144 | + | Christopher McFarland, Esq., Law Offices of Thomas, Conrad and Conrad, 2550 Brodhead Rd., Bethlehem, PA 18020-8922 |
| 5504793 | + | Citigroup Mortgage Loan Trust 2022-RP4, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5504794 | + | Citigroup Mortgage Loan Trust 2022-RP4, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Citigroup Mortgage Loan Trust 2022-RP4 Serviced by Select Portfolio Servicing, |
| 5336146 | + | Dental Associates of NEPA, PC, 360 Kidder Street, Wilkes Barre, PA 18702-5619 |
| 5336148 | + | Eastern Revenue Inc, Attn: Bankruptcy, 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 5336149 | + | Geisinger Hospital, 100 N. Academy Ave., Danville, PA 17822-0001 |
| 5336150 | + | Jessica L. Brady, 2854 Silver Hill Terrance, Atlanta, GA 30316-6717 |
| 5336151 | | Lehigh Valley Health Network, 642 Brookhill Square, Conyngham, PA 18219 |
| 5336152 | + | Lehigh Valley Pain Management, 1146 S. Cedar Crest Blvd., Allentown, PA 18103-7938 |
| 5336153 | + | Philip J. Benyo, MD, 144 S. Old Turnpike Rd., Drums, PA 18222-1720 |
| 5336154 | + | Pro Rehabilitation Services, 106 Rotary Drive, Hazleton, PA 18202-1182 |
| 5336155 | + | Sean P. Brady, 1157 S. Krocks Rd., Allentown, PA 18106-9564 |
| 5342179 | + | Tara Sbei, 685 Hopewell Rd., Downingtown, PA 19335-1213 |
| 5342178 | + | The Slusser Law Firm, Joseph R. Baranko, Esq., 1620 North Church Street, Suite 1, Hazleton, PA 18202-9509 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 17 2024 18:49:21 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 17 2024 18:45:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2024 18:49:20 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 5336140 | + | Email/Text: bncnotifications@pheaa.org | Jan 17 2024 18:44:00 | Aes/nct, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 5336141 | + | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 19:02:14 | American Express, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5343848 | | Email/PDF: bncnotices@becket-lee.com | Jan 17 2024 19:02:08 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5336142 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2024 18:44:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5341861 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 17 2024 18:44:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 5336145 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 17 2024 18:45:00 | Comenity Bank/Bealls Florida, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5340280 | | Email/Text: mrdiscen@discover.com | Jan 17 2024 18:44:00 | Discover Bank, Discover Products Inc, PO Box |

Case 5:20-bk-01838-MJC    Doc 88    Filed 01/19/24    Entered 01/20/24 00:24:25    Desc
Imaged Certificate of Notice    Page 1 of 4

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 5336147 | + | Email/Text: mrdiscen@discover.com | Jan 17 2024 18:44:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5336143 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 17 2024 18:49:48 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 5352185 | | Email/Text: bnc-quantum@quantum3group.com | Jan 17 2024 18:45:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5336491 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 17 2024 18:49:20 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5336156 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 17 2024 18:49:49 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5336157 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2024 18:50:12 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5342855 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 17 2024 18:49:48 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Beech Mountain Lakes Association, 1 Burke Drive, Drums, PA 18222-1200 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5346864 | *+ | Beech Mountain Lakes Association, 1 Burke Drive, Drums, PA 18222-1200 |
| 5351744 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2024  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Creditor Sean Brady claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP4 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| John R.K. Solt | on behalf of Debtor 1 Cynthia L Brady jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| Joseph R. Baranko, Jr. | on behalf of Creditor Beech Mountain Lakes Association josephb@slusserlawfirm.com |
| Michael Patrick Farrington | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP4 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Cynthia L Brady, <br> aka Cindi L. Brady, aka Cindi L Brady−Michaels, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20−bk−01838−MJC |

Social Security No.:
          xxx−xx−1497

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Cynthia L Brady** in accordance with §1328 of the Bankruptcy Code.

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: January 17, 2024

**fnldec** (01/22)