United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Cynthia L Brady  
    Debtor

Case No. 20-01838-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 19, 2024      Form ID: 3180W      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Cynthia L Brady, 348 Four Seasons Drive, Drums, PA 18222-1236 |
| cr | + | Sean Brady, 1157 South Krocks Road, Allentown, PA 18106-9564 |
| 5342177 | + | Beech Mountain Lakes Association, 1 Burke Drive, Drums, PA 18222-1200 |
| 5336144 | + | Christopher McFarland, Esq., Law Offices of Thomas, Conrad and Conrad, 2550 Brodhead Rd., Bethlehem, PA 18020-8922 |
| 5504793 | + | Citigroup Mortgage Loan Trust 2022-RP4, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5504794 | + | Citigroup Mortgage Loan Trust 2022-RP4, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Citigroup Mortgage Loan Trust 2022-RP4 Serviced by Select Portfolio Servicing, |
| 5336146 | + | Dental Associates of NEPA, PC, 360 Kidder Street, Wilkes Barre, PA 18702-5619 |
| 5336148 | + | Eastern Revenue Inc, Attn: Bankruptcy, 601 Dresher Rd. Suite 301, Horsham, PA 19044-2238 |
| 5336149 | + | Geisinger Hospital, 100 N. Academy Ave., Danville, PA 17822-0001 |
| 5336150 | + | Jessica L. Brady, 2854 Silver Hill Terrance, Atlanta, GA 30316-6717 |
| 5336151 | | Lehigh Valley Health Network, 642 Brookhill Square, Conyngham, PA 18219 |
| 5336152 | + | Lehigh Valley Pain Management, 1146 S. Cedar Crest Blvd., Allentown, PA 18103-7938 |
| 5336153 | + | Philip J. Benyo, MD, 144 S. Old Turnpike Rd., Drums, PA 18222-1720 |
| 5336154 | + | Pro Rehabilitation Services, 106 Rotary Drive, Hazleton, PA 18202-1182 |
| 5336155 | + | Sean P. Brady, 1157 S. Krocks Rd., Allentown, PA 18106-9564 |
| 5342179 | + | Tara Sbei, 685 Hopewell Rd., Downingtown, PA 19335-1213 |
| 5342178 | + | The Slusser Law Firm, Joseph R. Baranko, Esq., 1620 North Church Street, Suite 1, Hazleton, PA 18202-9509 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Jan 19 2024 23:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 19 2024 18:43:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| cr | + | EDI: WFFC2 | Jan 19 2024 23:38:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 5336140 | + | Email/Text: bncnotifications@pheaa.org | Jan 19 2024 18:43:00 | Aes/nct, Attn: Bankruptcy, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 5336141 | + | Email/PDF: bncnotices@becket-lee.com | Jan 19 2024 18:46:34 | American Express, Correspondence/Bankruptcy, P.O. Box 981540, El Paso, TX 79998-1540 |
| 5343848 | | Email/PDF: bncnotices@becket-lee.com | Jan 19 2024 18:46:36 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5336142 | + | EDI: BANKAMER | Jan 19 2024 23:38:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5341861 | | EDI: BANKAMER | Jan 19 2024 23:38:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 5336145 | + | EDI: WFNNB.COM | Jan 19 2024 23:38:00 | Comenity Bank/Bealls Florida, Attn: Bankruptcy, P.O. Box 182125, Columbus, OH 43218-2125 |
| 5340280 | | EDI: DISCOVER | Jan 19 2024 23:38:00 | Discover Bank, Discover Products Inc, PO Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 5336147 | + | EDI: DISCOVER | Jan 19 2024 23:38:00 | Discover Financial, Attn: Bankruptcy, P.O. Box 3025, New Albany, OH 43054-3025 |
| 5336143 | | EDI: JPMORGANCHASE | Jan 19 2024 23:38:00 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 5352185 | | EDI: Q3G.COM | Jan 19 2024 23:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5336491 | + | EDI: AIS.COM | Jan 19 2024 23:38:00 | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5336156 | + | EDI: SYNC | Jan 19 2024 23:38:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5336157 | + | EDI: WFFC2 | Jan 19 2024 23:38:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 5342855 | | EDI: WFFC2 | Jan 19 2024 23:38:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | Beech Mountain Lakes Association, 1 Burke Drive, Drums, PA 18222-1200 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5346864 | *+ | Beech Mountain Lakes Association, 1 Burke Drive, Drums, PA 18222-1200 |
| 5351744 | *+ | Synchrony Bank by, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2024　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Laputka | on behalf of Creditor Sean Brady claputka@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP4 bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harry B. Reese | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jill Manuel-Coughlin | on behalf of Creditor BANK OF AMERICA N.A. bankruptcy@powerskirn.com |
| John R.K. Solt | on behalf of Debtor 1 Cynthia L Brady jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com |
| Joseph R. Baranko, Jr. | on behalf of Creditor Beech Mountain Lakes Association josephb@slusserlawfirm.com |
| Michael Patrick Farrington | on behalf of Creditor Citigroup Mortgage Loan Trust 2022-RP4 mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Cynthia L Brady<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1497<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:20–bk–01838–MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Cynthia L Brady
aka Cindi L. Brady, aka Cindi L Brady–Michaels

1/19/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**